UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>REAL PROPERTY KNOWN AS ASSESSOR'S PARCEL NUMBER 310930540312, LOCATED IN THE CITY OF BURBANK, WALLA WALLA COUNTY, WASHINGTON,<br><br>                    Defendant. | No.  11-CV-5150-EFS<br><br>**ORDER DISMISSING CASE** |

    On March 27, 2015, the parties filed a Stipulation for Order of Forfeiture.  ECF No. 42.  On or about April 8, 2015, the grow equipment was administratively forfeited by the United States Drug Enforcement Administration.  *Id.* at 2.  On or about June 24, 2015, the United States recorded a Release of Lis Pendens.  ECF No. 44.  On July 1, 2015, the parties filed a Motion to Dismiss Civil Forfeiture Complaint, ECF No. 45, based on the Stipulation for Order of Forfeiture.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED:**

    **1.**    The parties' Motion to Dismiss Civil Forfeiture Complaint, **ECF No. 45**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

ORDER DISMISSING CASE - 1

1	**3.**	All pending motions are **DENIED AS MOOT.**

2	**4.**	All hearings and other deadlines are **STRICKEN.**

3	**5.**	The Clerk's Office is directed to **CLOSE** this file.

4	**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this

5	Order and provide copies to all counsel.

6	**DATED** this  1st  day of July 2015.

7

8	                          s/Edward F. Shea
	                          EDWARD F. SHEA
9	                Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Q:\EFS\Civil\2011\5150.stip.dismiss.lc2.docx

ORDER DISMISSING CASE - 2